

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0559

FILED

12/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0559

SERGIO VALDEZ SALAS,

    Plaintiff and Appellant,

v.

ARBY'S,

    Defendant and Appellee.

FILED

DEC 13 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

This Court reviews briefs to ensure compliance with Rules 10 through 13 of the Montana Rules of Appellate Procedure. In orders issued November 15 and November 29, 2021, this Court rejected two previous briefs filed by Appellant due to organizational and substantive deficiencies under these rules. On December 10, 2021, Appellant Sergio Valdez Salas filed his second revised opening brief. After reviewing Appellant's second revised brief, this Court has determined to accept the filing as submitted.

However, we note an issue regarding Appellant's compliance with M. R. App. P. 10(4), which provides that "Papers presented for filing shall contain a certificate of service in the form of a statement of the date and manner of service and of the names and addresses of the persons served, certified by the person who made service. Proof of service may appear on or be affixed to the papers filed." The certified mail receipt Appellant affixed to his brief may indicate service on Appellee, but the filing lacked a certificate attesting the brief was served.

Therefore,

IT IS ORDERED that within ten (10) days of the date of this Order, Appellant shall file a certificate of service, which certifies that service of the opening brief was made upon all parties of record.

The Clerk of this Court is directed to provide a copy of this Order to all parties and counsel of record.

DATED this 13th day of December, 2021.

For the Court,

By _____
Justice